

# NUMBER 13-24-00528-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE MATTER OF THE MARRIAGE OF
## LARRY ARTHUR LAHTINEN AND LANA C. PETTIT

---

## ON APPEAL FROM THE 18TH DISTRICT COURT
## OF JOHNSON COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Justices Silva, Peña, and West**
**Memorandum Opinion by Justice Peña**

This cause is before the Court on appellant's "Motion to Dismiss with Prejudice."[1]

The Court, having considered appellant's motion to dismiss appeal, is of the opinion that

the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1) (allowing the Court to

---

[1] This appeal was transferred from the Tenth Court of Appeals in Waco pursuant to an order issued by the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 73.001.

dismiss an appeal "[i]n accordance with a motion of appellant"). Accordingly, we grant appellant's motion, and the appeal is hereby dismissed. Costs are taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
9th day of October, 2025.